The proceedings in the above styled cases are identical with those of Com. v. Beatty, No. 142, April term, 1898, and as the same questions are therein involved it is agreed by counsel that they be submitted on the paper-books prepared in that case and that the same disposition be made of them as in that case.

WICKHAM, J., May 18, 1898, filed an opinion in each of the above cases in these words :

For the reasons set forth in Commonwealth for use v. Hendley, No. 138, April term, 1898, and Commonwealth for use v. Beatty, No. 142, April term, 1898, the decisions wherein have this day been handed down, the order of the court below, in this case, is affirmed at the appellant's cost.

---

## Commonwealth of Pennsylvania *v.* Anthony Wise, Appellant.

Submitted April 25, 1898.   Appeal, No. 140, April T., 1898, by defendant, from judgment of C. P. No. 2, Allegheny Co., Jan. T., 1898, No. 308, refusing appeal from judgment of alderman.   Before RICE, P. J., WICKHAM, BEAVER, REEDER, ORLADY, SMITH and PORTER, JJ.   Affirmed.

OPINION BY WICKHAM, J., May 18, 1898 :

For the reasons set forth in Commonwealth for use v. Hendley, No. 138, April term, 1898, and Commonwealth for use v. Beatty, No. 142, April term, 1898, the decisions wherein have this day been handed down, the order of the court below, in this case, is affirmed at the appellant's cost.